UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Mark Kemp,<br><br>  Plaintiff,<br><br>  v.<br><br>S.B. Collins, Inc.;<br>Jolley Associates, LLC,<br><br>  Defendants. | Civil Action No. 2:21–cv–103 |

# **ORDER**

On or before June 4, 2021, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 26th day of May 2021.

              */s/ Kevin J. Doyle*
              Kevin J. Doyle
              United States Magistrate Judge