## UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

| | |
|---|---|
| **MARK KEMP,** | ) |
| | ) |
| **Plaintiff,** | )  Docket No. 2:21-cv-00103 |
| | ) |
| v. | ) |
| | ) |
| **S.B. COLLINS, INC., and** | ) |
| **JOLLEY ASSOCIATES, LLC,** | ) |
| **d/b/a JOLLEY,** | ) |
| | ) |
| **Defendants.** | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Mark Kemp and Defendants S.B. Collins, Inc. and Jolley Associates, LLC, by and through their respective counsel, pursuant to F.R.C.P. 41(a), hereby stipulate that all claims in the above-captioned lawsuit against S.B. Collins, Inc. be dismissed with prejudice and that S.B. Collins, Inc. be dismissed as a party from the case. Each party shall be responsible for their own costs and fees.

This Stipulation may be entered with the Clerk of the Court without further notice.

Dated at Burlington, Vermont this 6th day of August, 2021.

**MARK KEMP**

By: */s/ Matthew M. Shagam*
Matthew M. Shagam, Esq.
Rich Cassidy Law
Suite D5
1233 Shelburne Road
South Burlington, VT 05403
Phone: 802-864-8144
matt@richcassidylaw.com

2

          **S.B. COLLINS, INC. and JOLLEY ASSOCIATES, LLC, d/b/a JOLLEY**

By:    */s/ Heather E. Ross*
        Heather E. Ross, Esq.
        SHEEHEY FURLONG & BEHM P.C.
        30 Main Street, 6th Floor
        P.O. Box 66
        Burlington, VT 05402-0066
        (802) 864-9891
        hross@sheeheyvt.com